IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. JFM-08-064** |
| | : | |
| **MATTHEW EARL GRIFFIN** | : | |

....o0o....

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the **Indictment** pending against the defendant in the above-captioned case.

                                          Rod J. Rosenstein
                                          United States Attorney

By   \_/s/_____
        Bonnie S. Greenberg
        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                        _____
Date                                        J. Frederick Motz
                                          United States District Judge

-------------------------------------------------------------------------------------------------------------------------

**Advice to U.S. Marshal**:                     <u>X</u>  1.  Defendant is not in custody.
              (check one)                 \_\_\_  2.  Defendant is in custody and
                                                                 the USAO believes that:
                                                                 \_\_\_  a.  there is no reason to
                                                                         hold defendant further.
                                                               \_\_\_  b.  the defendant should be
                                                                         held in Federal custody.
                                                                             (explain below)
                                                               \_\_\_  c.  the defendant should be
                                                                        transferred to State
                                                                        custody. (explain below)

Explanation: Defendant pled in state court.