IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. JFM-08-064 |
| | : | |
| MATTHEW EARL GRIFFIN | : | |

....o0o....

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the **Indictment** pending against the defendant in the above-captioned case.

Rod J. Rosenstein
United States Attorney

By    /s/_____
Bonnie S. Greenberg
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

9/18/08
Date

J. Frederick Motz
United States District Judge

----

**Advice to U.S. Marshal:**
(check one)

X   1. Defendant is not in custody.
___ 2. Defendant is in custody and
   the USAO believes that:
   ___ a. there is no reason to
      hold defendant further.
   ___ b. the defendant should be
      held in Federal custody.
      (explain below)
   ___ c. the defendant should be
      transferred to State
      custody. (explain below)

Explanation: Defendant pled in state court.